Iredell Digestive Disease Clinic v. Petrozza

IREDELL DIGESTIVE DISEASE CLINIC, P.A., a North Carolina Professional
Association v. JOSEPH A. PETROZZA, M.D.

No. 573A88

(Filed 5 April 1989)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 92 N.C. App. 21, 373 S.E. 2d 449 (1988), affirming an order entered by *Walker (R.G.), J.*, on 1 October 1987, in Superior Court, IREDELL County, denying plaintiff's motion for a preliminary injunction. Heard in the Supreme Court 13 March 1989.

*Pope, McMillan, Gourley, Kutteh & Parker, by William P. Pope and Constantine H. Kutteh, II; and Hall and Brooks, by John E. Hall, for plaintiff-appellant.*

*Vannoy, Moore, Colvard, Triplett & Freeman, by Anthony R. Triplett and James H. Early, Jr., for defendant-appellee.*

PER CURIAM.

Affirmed.